**Rachel Maimin**
Partner

1251 Avenue of the Americas
New York, New York 10020

T: (212) 419-5876
F: (973) 597-2400
E: rmaimin@lowenstein.com

July 14, 2023

<u>VIA ECF</u>

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**Re:** United States v. Stanley Kaplan, 23 Cr. 320 (GHW)

Dear Judge Woods:

We respectfully submit this letter on behalf of our client, Dr. Stanley Kaplan, in connection with the above-referenced case. At the time of his arrest, Dr. Kaplan was in lawfully in possession of three firearms, which are now in the custody of the East Fishkill Police Department (the "Police Department"). We were advised by the Government that the Police Department is unable to maintain custody of the firearms. On consent of the Government and the Pretrial Services Office, Dr. Kaplan's friend (the "Friend") has agreed to take possession of the firearms and has represented in writing in a letter to the Pretrial Services Offices that the Friend can lawfully possess the firearms and will not give Dr. Kaplan access to them. Accordingly, on consent of both the Government and the Pretrial Services Office, we respectfully request that the Court grant permission for the Police Department to provide the firearms for safekeeping to the Friend pending further Order of this Court.

Respectfully submitted,

Rachel Maimin