**SPEARS & IMES** LLP

767 Third Avenue  
New York, NY 10017  
tel  212 213-6996  
fax 212 213-0849  

Max Nicholas  
tel 212 213 1715  
mnicholas@spearsimes.com  

# MEMORANDUM ENDORSED

August 7, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   8/7/2023
```

**BY ECF**

Hon. Gregory H. Woods  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007  

Re: *United States v. Joseph Dupont, et al.*, 23 Cr. 320 (GHW)

Dear Judge Woods:

I respectfully write to request that Mr. Dupont's deadline to satisfy the conditions of his pretrial release in the above-captioned case be extended by one week, from August 7, 2023 to August 14, 2023. Specifically, one of the conditions of Mr. Dupont's bail is an unsecured $200,000 bond signed by two co-signers. The Government has interviewed each of Mr. Dupont's proposed co-signers, and this request for an extension is to allow time for the co-signers to provide any necessary follow-up paperwork to the Government, for the Government to approve the co-signers, and for the co-signers to be sworn to the bond.

The Government consents to this request.

Respectfully submitted,

____/s/_____

SPEARS & IMES LLP  
Max Nicholas  
212-213-1715  
mnicholas@spearsimes.com

Application granted. The deadline for Mr. Dupont to meet the remaining conditions of his pre-trial release is extended to August 14, 2023.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 38.

SO ORDERED.

Dated: August 7, 2023

_____  
GREGORY H. WOODS  
United States District Judge