```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
  UNITED STATES OF AMERICA,                                   :
                                                              :
                                                              :
              -v-                                             :
                                                              :
                                                              :
  JOSEPH DUPONT,                                              :
                                                              :
                                        Defendant.            :
------------------------------------------------------------- X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 8/18/2023 |

1:23-cr-320-GHW-1

ORDER

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter with respect to defendant Joseph Dupont on September 15, 2023 at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: August 18, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge