**SPEARS & IMES** LLP

767 Third Avenue
New York, NY 10017
tel  212 213-6996
fax 212 213-0849

Max Nicholas
tel 212 213 1715
mnicholas@spearsimes.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/29/2023

# MEMORANDUM ENDORSED

August 29, 2023

**BY ECF**

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Joseph Dupont, et al.*, 23 Cr. 320 (GHW)

Dear Judge Woods:

I represent defendant Joseph Dupont in the above-captioned case.  Mr. Dupont is scheduled to appear before the Court for a change of plea proceeding on September 15, 2023.  The conditions of his pretrial release include a limitation of his travel to the District of Massachusetts, the District of Vermont, the District of New Hampshire, the Southern and Eastern Districts of New York, and points in between the above districts for purposes of travel.

I respectfully write to request that Mr. Dupont's travel restrictions be temporarily loosened to allow him to make a trip from the District of Massachusetts, where he resides, to the Southern District of Florida and back, from September 7 to September 10, 2023.  The purpose of the trip is for Mr. Dupont to assist his mother-in-law and father-in-law in returning to their residence in Florida, including driving their car from Massachusetts to Florida (and flying back).

Pretrial Services and the United States Attorney's Office consent to this request.

Respectfully submitted,

____/s/_____

SPEARS & IMES LLP
Max Nicholas
212-213-1715
mnicholas@spearsimes.com

---

Application granted.  The conditions of Mr. Dupont's pretrial release are modified as follows:  the defendant may travel from the District of Massachusetts to the Southern District of Florida and return from there to the District of Massachusetts from September 7, 2023 through September 10, 2023.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 43.

SO ORDERED.
Dated:  August 29, 2023
New York, New York

*/s/ Gregory H. Woods*
GREGORY H. WOODS
United States District Judge