```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
     UNITED STATES OF AMERICA
 3
                  v.                      23 CR 320 (GHW)
 4                                          Conference

 5   JOSEPH DUPONT, SHAWN CRONIN,
     SLAVA KAPLAN, PAUL FELDMAN
 6
                  Defendants
 7   ------------------------------x

 8                                        New York, N.Y.
                                          July 24, 2023
 9                                         11:00 a.m.

10
     Before:
11
                         HON. GREGORY H. WOODS
12                                         District Judge

13
                           APPEARANCES
14
     DAMIAN WILLIAMS
15        United States Attorney for the
          Southern District of New York
16   SARAH MORTAZAVI
          Assistant United States Attorney
17
     SPEARS & IMES LLP
18        Attorney for Defendant Dupont
     MAX C. NICHOLAS
19
     LAW OFFICES OF AIDALA BERTUNA & KAMINS PC
20        Attorney for Defendant Cronin
     ARTHUR L. AIDALA
21
     LOWENSTEIN SANDLER
22        Attorney for Defendant Kaplan
     RACHEL MAIMIN
23
     BACHNER & ASSOCIATES PC
24        Attorney for Defendant Feldman
     MICHAEL F. BACHNER
25
```

1    (In open court; case called)

2    DEPUTY CLERK:  Counsel, please state your appearance

3  for the record.

4    MS. MORTAZAVI:  Good morning, your Honor.

5    Sarah Mortazavi for the government.

6    THE COURT:  Thank you.  Good morning.

7    MR. NICHOLAS:  Good morning, your Honor.

8    Max Nicholas from Spears & Imes for Mr. Dupont, and my

9  colleague, Michael Donahue, is in the well.

10    THE COURT:  Thank you.

11    MR. AIDALA:  Good morning, your Honor.

12    Arthur Aidala from Aidala, Bertuna and Kamins for

13  Mr. Cronin.

14    THE COURT:  Thank you.

15    MR. MAIMIN:  Good morning, your Honor.

16    Rachel Maimin of Lowenstein Sandler for Dr. Stanley

17  Kaplan.

18    THE COURT:  Thank you.

19    MR. BACHNER:  Good morning, your Honor.

20    Michael Bachner, Bachner & Associates PC on behalf of

21  Dr. Paul Feldman.

22    THE COURT:  Very good.  Thank you very much.

23    Thank you all for being here.  Each of the defendants

24  are also present with their counsel.

25    Let me just describe for you briefly what I expect to

1    accomplish today.  I understand that each of the defendants has

2    already been presented before the magistrate judge and had been

3    arraigned with respect to the charged offenses.  So my agenda

4    here is relatively straightforward.

5         I am going to hear from the government regarding the

6    nature of the case.  We will talk about discovery and the

7    timeline for its production, and then we'll talk about what is

8    going to happen next in the case.

9         Let me start with you first, if I can, please, counsel

10   for the United States.  Counsel, what can you tell me about the

11   nature of the case as a whole?

12        MS. MORTAZAVI:  Certainly, your Honor.

13        This case involves insider trading and various

14   securities fraud-related charges that are outlined in the

15   speaking indictment in connection with the trading

16   non-material, nonpublic information regarding an upcoming

17   acquisition or a then-upcoming acquisition of a pharmaceutical

18   company by a larger pharmaceutical company.  That is, in

19   essence, the nature of the case.

20        There have been several search warrants that were

21   executed over the course of this investigation, including in

22   two iCloud accounts, physical phones that were seized from each

23   defendant, and a social media account, as well as geo-location

24   information for the defendants.

25        The bulk of the production consists of the returns

from those search warrants.  Pardon me.  I said the bulk of the

production.  I meant the bulk of the discovery consists of the

returns from those search warrants, as well as grand jury

subpoena returns that were obtained over the course of the

investigation.

THE COURT:  Thank you.

Counsel for the United States, at this point do you

anticipate filing any superseding indictments adding defendants

or additional charges?

MS. MORTAZAVI:  Not at this time, your Honor.

THE COURT:  Thank you.

You have described the nature of the discovery

generally.  When do you expect you will be able to turn all of

it over to each of the defendants and their counsel?

MS. MORTAZAVI:  We have made or we've prepared an

initial production of discovery that has already been turned

over to two of four defendants.  We are working out the

logistics with the remaining two.  We have second sizable

production that is approaching one terabyte of data that we are

in the process of finalizing and expect to send that out in the

next two weeks, in which case that will be, barring any

undiscovered documents in the course of reviewing our files

consistent with our disclosure obligations, the totality of the

discovery in this case.

THE COURT:  Good.  Thank you.

1          So I understand that the government will have

2    completed its production of the discovery that it currently has

3    in its possession and control within about two weeks from now.

4          Let me hear from each of the counsel for the

5    defendants about your views regarding appropriate next steps

6    given that timeline and the quantity of discovery materials

7    that the government has and expects to hand over to you.

8          Let me start, if I can, with Mr. Nicholas.  Counsel,

9    what's your view?

10          MR. NICHOLAS:  Thank you.  Good morning, your Honor.

11          Your Honor, my understanding is that the government --

12    well, the government has proposed to counsel for the defendants

13    to request of the Court a conference in roughly 60 days where

14    by that time we will have gotten the discovery, and we will be

15    able to, I think, give a report to the Court on our progress

16    with it.  We may -- I don't know if we will be in a position at

17    that time to say whether or not there are motions that by that

18    time we anticipate making or not, but I agree with the

19    government that a conference in 60 days, a status conference

20    makes a lot of sense as a next step.

21          THE COURT:  Thank you.  Is that enough time, given the

22    quantum of discovery -- the quantity of discovery that the

23    government has described?  I note that a number of the

24    defendants are coming in from out of town for these

25    conferences, so I don't want to cause you all to come here

1    unnecessarily early.  The report will be that you won't have

2    completed the discovery materials or your review of the

3    discovery materials by that time.

4              Counsel, what do you think?

5              MR. NICHOLAS:  Your Honor, I certainly would have no

6    issue with more time.  I can't tell the Court that we will have

7    completed review of discovery within 60 days.  So while I'm

8    very comfortable having a status conference with the Court at

9    that time, I think if the Court wishes the next conference to

10   happen when we've reviewed all of the discovery, then I think

11   maybe something closer to 120 days makes a little more sense,

12   but I'm comfortable either way.  Whenever the Court wants to

13   check in with everyone is fine with us.

14             THE COURT:  Thank you.

15             Let me hear from counsel for each of the remaining

16   defendants.

17             Counsel?

18             MR. AIDALA:  Yes, your Honor.  Thank you.

19             I could guarantee you that I will not have reviewed

20   two terabytes of materials.  I mean, I think I am entitled to a

21   little vacation during the month of August, so it really

22   depends on what the government had in mind.  If the government

23   just had in mind a status update at the end of September to see

24   how far we are and to set a calendar by the Court, that's fine.

25   If the Court just wants to skip over that step and say, okay,

1    let's pick a date where you have reviewed all of the discovery

2    and what are the next steps, then I would think a date in

3    November would be more appropriate than a date in September.

4              THE COURT:  Thank you.

5              Let me move on.  Counsel?

6              MR. MAIMIN:  We agree with Mr. Nicholas, your Honor.

7              THE COURT:  Thank you.

8              Counsel?

9              MR. BACHNER:  Your Honor, we agree with Mr. Nicholas

10   as well.  Of course we could always notify the Court by letter

11   on how we're doing.  If we think the September date is not

12   feasible, advise the Court we need another 60 days, but however

13   the Court would like it.

14             THE COURT:  Thank you.

15             Let me turn to counsel for the United States.

16   Counsel, what's your view?  My preference would be to have a

17   conference that will be productive, but let me hear from you.

18             MS. MORTAZAVI:  Certainly, your Honor.

19             Mr. Bachner proposed what was going to be the

20   government's response, which is that we calendar a date 60 days

21   from today, and if the parties in their discussions leading up

22   to that conference determine that more time is necessary just

23   to set a briefing schedule or a trial date or just a calendar

24   for the proceedings in this matter, then we can write to the

25   Court and seek an adjournment of that date.  But the government

1    does not feel strongly in that view.  If the Court's preference

2    is to set a conference date in November and, conversely, have

3    the parties inform the Court if there has been any change in

4    circumstances that necessitates a sooner conference, we're

5    happy to proceed in that manner instead.

6              THE COURT:  Thank you.  Good.

7              Bear with me for just a moment.

8              Counsel, I'm going to propose, given what I have heard

9    about the extent of the discovery here and the nature of the

10   charges, that we schedule a conference about four months from

11   now.  If any of you prefer to reconvene sooner, I'm happy to do

12   that.  Let me just say why I'm making that proposal.  Again,

13   I'm happy to set an earlier date if any party would like to

14   come before me before then.

15             My hope is that at the next conference, we will be

16   able to hear from counsel for each of the defendants about the

17   nature of any motions that you expect to file, and that we

18   would be able to take that opportunity to set a motion

19   schedule, a hearing date, if necessary, and work toward

20   scheduling a trial.

21             I have heard from counsel for the defendants that you

22   do not expect that you will have had the opportunity to review

23   two terabytes of information within the two-month period

24   originally proposed, particularly given that one month of those

25   two months is, as counsel has noted, during the month of

1   August.

2          So that is my proposal.  I am happy to hear from any

3   of you if you prefer to proceed in the other way.  If so,

4   please just let me know.

5          Counsel for the government, any objection to

6   proceeding in that way?

7          MS. MORTAZAVI:  No, your Honor.

8          THE COURT:  Thank you.

9          Counsel?

10          MR. NICHOLAS:  No.  Thank you, your Honor.

11          THE COURT:  Thank you.

12          Counsel?

13          MR. AIDALA:  No, Judge.

14          THE COURT:  Thank you.

15          MR. MAIMIN:  No, your Honor.

16          THE COURT:  Thank you.

17          MR. BACHNER:  No, Judge.

18          THE COURT:  Ms. Joseph, can I ask you to please

19   propose a date about four months from now?

20          DEPUTY CLERK:  November 28, 2023 at 11:00 a.m.

21          THE COURT:  Counsel, does that date and time work for

22   each of you?

23          MS. MORTAZAVI:  No objection from the government.

24          THE COURT:  Thank you.

25          MR. NICHOLAS:  Yes for Mr. Dupont.

1          THE COURT:  Thank you.

2          MR. AIDALA:  Thank you, your Honor.

3          MR. MAIMIN:  Yes, your Honor.

4          MR. BACHNER:  All good, Judge.

5          THE COURT:  Very good.  Thank you all very much.

6          So I look forward to seeing you back here on

7    November 28, 2023.  At that point, as I said earlier, my

8    expectation is that we will be in a position talk about any

9    motions that any defendant expects to file, we will set a

10   motion schedule and a hearing date, and potentially talk about

11   trial dates.

12          If even that amount of time isn't sufficient for the

13   parties to complete your review of the materials and to come

14   prepared to take up that agenda, please feel free to write me

15   jointly in accordance with my individual rules to request an

16   extension of that conference date.

17          Is there anything else that any party would like to

18   raise apart from the speedy trial clock at this time?

19          First from the government.

20          MS. MORTAZAVI:  Nothing apart from exclusion of time,

21   your Honor.

22          THE COURT:  Thank you.

23          Counsel for each of the defendants, is there anything

24   else that any of you would like to raise?

25          MR. NICHOLAS:  No, your Honor.

1           THE COURT:  Thank you.

2           MR. AIDALA:  No, Judge.

3           THE COURT:  Thank you.

4           MR. MAIMIN:  No thank you, your Honor.

5           MR. BACHNER:  Unless I missed it, the time, your

6    Honor, on the 28th of November?

7           DEPUTY CLERK:  11:00 a.m.

8           THE COURT:  Thank you.

9           Counsel for the United States, is there an

10   application?

11          MS. MORTAZAVI:  Yes, your Honor.  We move to exclude

12   time under the Speedy Trial Act to provide the defendants an

13   opportunity to review the discovery and contemplate any

14   pretrial motions, and we think that such exclusion of time is

15   in the best interest of justice and outweighs the interests of

16   proceeding on a speedy trial schedule in this case.

17          THE COURT:  Thank you.

18          Counsel for each of the defendants, do you consent to

19   the exclusion of time?

20          MR. NICHOLAS:  Yes, your Honor.

21          MR. AIDALA:  Yes, Judge.

22          MR. MAIMIN:  Yes, your Honor.

23          MR. BACHNER:  I do, your Honor.

24          THE COURT:  Thank you.

25          I will exclude time from today until November 28,

1    2023.  After balancing the factors specified in 18 United

2    States Code, Section 3161(h)(7), I find that the ends of

3    justice served by excluding time outweigh the best interest of

4    the public and each of the defendants in a speedy trial because

5    it will allow time for the production of the discovery

6    materials and the review of those materials by each of the

7    defendants and their counsel as well as time for each of the

8    defendants to consider any potential motions in the case.

9            Counsel, anything else for us to take up before we

10   adjourn?

11           First counsel for the government.

12           MS. MORTAZAVI:  No, your Honor.  Thank you.

13           THE COURT:  Thank you.

14           Counsel?

15           MR. NICHOLAS:  No.  Thank you, your Honor.

16           THE COURT:  Thank you.

17           MR. AIDALA:  No, your Honor.  Enjoy the rest of your

18   summer.

19           THE COURT:  Thank you.

20           MR. MAIMIN:  No.  Thank you, Judge.

21           MR. BACHNER:  No.  Thank you, Judge.

22           THE COURT:  Good.  Thank you all very much.  This

23   proceeding is adjourned.

24           (Adjourned)

25