# SPEARS & IMES LLP

767 Third Avenue
New York, NY 10017
tel  212 213-6996
fax 212 213-0849

Max Nicholas
tel 212 213 1715
mnicholas@spearsimes.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/2023
```

November 8, 2023

**BY ECF**

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

Re: *United States v. Joseph Dupont*, 23 Cr. 320 (GHW)

Dear Judge Woods:

    We respectfully write on behalf of defendant Joseph Dupont to request a temporary modification to his travel restrictions.  Mr. Dupont is scheduled for scheduling before this Court on January 5, 2024.  His travel is currently restricted to the Southern and Eastern Districts of New York, the District of Massachusetts, the District of Vermont, the District of New Hampshire, and points in between for travel between and among those districts.

    We ask that the Court permit Mr. Dupont to travel to and from the District of New Jersey on November 16, 2023.  The reason for this request is that Mr. Dupont's current employer has asked that he travel to New Jersey for work that day.  The Pretrial Services Officer supervising Mr. Dupont, and the Government, consent to this request.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/

SPEARS & IMES LLP
Max Nicholas
212-213-1715
mnicholas@spearsimes.com

Application granted.  The conditions of the defendant's pretrial release are modified as follows:  the defendant may travel to and from the District of New Jersey on November 16, 2023.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 60.

SO ORDERED.
Dated:  November 8, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge