Dear Honorable Judge Woods,

I am writing to provide a character reference for my dear friend, Joe Dupont, whom I have known for well over 30 years.

Joe has always been known to us as an upstanding human being with a great moral compass. He has also always been known to us as honest, responsible, hardworking and steadfast.

Joe is an amazing girl Dad of 2 wonderful, kind young ladies and a fantastic, caring husband to his lovely wife, Jennifer.

Joe was brought up in a loving family with wonderful parents who often were like second parents to my husband from childhood. His family fostered many kids in need throughout their lives who had gone through unbearable acts of violence before being brought into a loving environment that changed the lives of many. Joe and his brothers treated these children like siblings and because of them, these kids end up living very productive lives.

In my opinion, leniency is warranted in this matter due to the fact he has been an active and very involved member of any community he has resided in.

Please feel free to reach out if you would like to discuss in more extent about Joe Dupont's character.


Sincerely,

Kerri A. Spellman
Owner/Operator of North Country Auctions
Dighton, MA
78 Point St
Berkley, MA 02779
774-218-8309
lkspell@aol.com