Dear Judge Wood,

My name is Ryan Dupont, Joseph's daughter. I am 17 years old and My dad is my best friend, my biggest cheerleader, my greatest role model and hands down the most important person in my life. My dad is the hardest worker I've ever met. He works as hard as he does to make sure me and my sister have everything we need in life. Everything he does for us. He supports me full heartedly in everything I do. He is constantly encouraging me to do my absolute best, to work harder than everyone else because that's how you become successful. Knowing I have my dad in my corner makes me feel unstoppable. He continues to remind me I have the world in my hands and he will support me no matter what I make of it. He has the biggest heart out of anyone I know. I think I get that from him. He loves hard and unconditionally. My dad is my world and having him taken away from me would be devastating. Especially going into senior year and getting ready to go to college, that's something nobody should have to go through without their dad.

Back in 2020 my grandmother, my dads mom, was diagnosed with terminal brain cancer. We were told there wasn't much they could do but try to slow it down. My gramma was very scared of hospitals her whole life. My dad didnt even think twice about it; he moved her in with us. It was always a dream of my grandmothers to live on the water. He decided after everything she did for all of us the least we could do was make her dream come true. My dad stayed up countless nights trying to comfort her and meet her needs, it became difficult because her motor skills started to fade away. My grandmother always said my dad was her favorite but it was a secret. Even Though it was a very hard time for my family, my dad held us together. My dad is the glue in our family. I believe having him taken away from us would be detrimental.
I have struggled with school my entire life, from kindergarten to junior year of high school. My dad recognized maybe public school wasn't the best for me. I needed to go somewhere with more support. He searched and searched until he narrowed it down to the schools he thought would be the best fit for me. He gave me the choice of what I thought was best for my education. Another thing i love about my dad is he is so welcoming he is with my friends. From the first time he meets them he treats them like family. My friends even reach out to my dad for advice. My friends know they are always welcome. My dad makes sure to spend time with all of my friends and get to know who they are as a person, he also reminds them he will support them with anything they do in life. He is always willing to help them out with anything. He plays Fortnite with them, cornhole and takes them on boat trips.

Back when I did gymnastics my dad was hands down my biggest fan, he was at every meet, every show he was there, I did gymnastics for 10 years and he didn't miss one. He would make sure to tell me how well I did even when I knew I didn't. He made sure I knew that it was okay, there was always going to be another competition. He not only would get me flowers but would take me out to eat and make me feel special. He would tell me that it's okay, nobody is even watching. My dad would cancel work trips or leave early just to be there for me and my sister Addie. If you take away anything from this letter please let it be how truly detrimental losing my father would be.

Thank you for taking the time to read my letter.

Ryan Dupont