October 11th, 2023

Dear Your Honor,

I am writing this letter to express my wholehearted support for my younger brother, Joseph Dupont, who is an exceptional individual.

One of the most striking qualities that define Joe is his incredible generosity. His selfless giving nature is evident in every aspect of his life, from the way he interacts with his family, to the compassion he extends to his friends & their families, to colleagues, and to his community.  I have witnessed firsthand his willingness to go above and beyond to help others, often putting their needs before his own.  He is incredibly gracious and generous with his time and resources with anyone that is in need.

As a truly devoted husband and father, Joe exemplifies the very essence of commitment and love. He treats his family with the utmost care and respect, and it is heartwarming to witness the incredibly strong bond he shares with his wife Jen and his two teenage daughters Ryan and Addy. His devotion to their well-being is palpable, and he consistently strives to create a nurturing, positive and supportive environment for them.

Trustworthiness is a hallmark of Joe's character. He is a man of his word, and his actions consistently align with his promises. This level of reliability is rare of being true to your word is a quality that has earned him the admiration and respect of everyone who has the privilege of knowing him.

A recent example and testament to the type of person my brother Joe is can be be described during our mother's battle with Stage 4 brain cancer.  During the trying time when our mother became terminally ill, Joe displayed remarkable compassion, care, and helpfulness. His unwavering support provided solace to our mom and family, and his presence was a source of strength for us all. His ability to navigate such a difficult situation with grace and sensitivity demonstrated the depth of his character. He personally made sure our mom was truly taken care of from the initial diagnosis to having her move in with him and his family to her eventual passing all while everyone was simultaneously grappling with the challenges of Covid; and how that impacted navigating one's care including specialist appointments, hospital visitation, scheduling of surgery, to ultimately coordinating hospice care.  He was a rock for our family during this very trying time.

In any situation, Joe is the person you can always count on for a laugh or a helping hand.  He is imply there without hesitation.  His consistent willingness to be a source of support for those around him is a testament to his exceptional character.

In conclusion, my brother, Joe Dupont is a truly outstanding individual who embodies the qualities of generosity, selflessness, devotion, trustworthiness, and caring. His actions speak volumes about the kind of person he is, and I have no doubt that he will continue to positively impact the lives of those around him.

I along with his entire family wholeheartedly support Joe and firmly believe from first-hand experience that he is a person of exceptional character who brings nothing but positivity and goodness to the world.

Sincerely,

*Michael Dupont*

Michael Dupont

344 Winchester Cir

Mandeville, LA 70448