Dear Judge Woods,

I have known Joseph Dupont for thirty years. I was both shocked and unsettled to hear about his arrest as he has always been a constantly dependable person. It is for this reason I am happy to write a letter of reference for Joseph Dupont. I understand the seriousness of this matter however, my hope is the court will show some leniency.

Joe and I met freshman year of high school. As a kid moving to a new town and not knowing anyone he made the transition for me an easy one. He made it a point to seek out a friendship with the new kid and I can never repay him for that kindness.

That friendship has grown over the years and we've been a part of many major life events together. Being there when he met his now wife and their wedding day, his children growing up and the loss of his parents. The emphasis and love that he pours into his relationships with family and friends is nothing like I've ever seen. It's this example that I use for my source of inspiration when maintaining my relationships.

Joe has been a close friend and support system for me throughout our youth into our adulthood every step of the way. He was there for me during my parent's ugly divorce providing the support and talks I so desperately needed. It was his face I first saw when I pulled into my house after my closing greeting me with a brand new grill as a housewarming gift. He has and always will be the first person I call for advice and perspective. His dependability, integrity and loyalty are something that I have learned to count on without fail.

In addition to our friendship, he is an upstanding member in the neighborhood. Anyone who knows him has benefited one way or another through his charitable donations. Becoming a part time police officer and priding himself on bringing back community policing and outreach in town was truly remarkable to me. He has helped me many times in my role as chairman of the board at our local nonprofit Portuguese social club planning events and raising money for various endeavors.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I'm still convinced Joseph Dupont is an honorable man, a valuable member of my community, and an even better human being.

Sincerely,

John Nunes
22 Deerfield Drive
Berkley, MA 02779
(774) 319-2278