Jennifer Dupont
12 Duval Street
Rehoboth, MA 02769
[jenniferdupont828@gmail.com](mailto:jenniferdupont828@gmail.com)
508-221-4657
Dear Judge Wood,

My name is Jen Dupont, I am the wife of Joseph Dupont.  I am unsure where to even begin.  Joe is my best friend. We have been together for 23 years, married for 20.  I speak for both of us and say our marriage and our family is our greatest accomplishment.  Joe is one of the hardest working, self-driven, passionate, supportive and most generous men I have ever known.  I am blessed to be his wife and share this journey of life with him.
Joe and I met in the summer of 2000.  We were young 21 year old college students.  The first night we met I told my two best friends I was going to marry him.  They laughed at me of course but I knew in my bones that I was going to spend the rest of my life with him.  And here we are 23 years later with two amazing daughters and a circle of amazing family and friends that we both cherish.

Joe is our leader of fun and adventure. He plans all our family vacations and trips whether it's traveling by plane,  jumping in the car for a road trip, or a spontaneous afternoon somewhere local.  My husband works hard and enjoys his time off surrounded by family and friends.  This now includes our daughters' friends and many of their parents. Our children are very social as many teenagers are.  Our doors are always open to their friends, to that point I will quote one of them, who recently said to me while on Facetime with our daughter Ryan "tomorrow is Friday Miss Jen, getting ready to come and overstay my welcome."
Our life is a blessed one for sure.  We have lived in 6 states, 10 towns, and 12 homes.  Joe moved to West Virginia after college graduation to join the sales force with Pfizer.  I joined him 1 year later after completing my degree. We married in 2004 surrounded by our closest family and friends in Key West, Florida.

Two years later we welcomed our first daughter Ryan.  Our birthing experience was less than ideal as I formed a blood clot and the only way to ensure it did not travel to my heart or brain was to rupture it.  After the doctor ruptured the clot I hemorrhaged and was rushed into surgery.  I ended up having multiple surgeries and two blood transfusions.  The doctor told Joe there was a chance I may not survive.  We were living in West Virginia, all of our family at least 700 miles away it was just the 3 of us.  Joe never left my and Ryan's side.  As a true testament to Joe's character he had built strong relationships and friendships with several Doctors and Surgeons in the area through his work.  He called them to ask their medical advice on what was happening with me and they came directly to the hospital to ensure I was receiving the best treatment and kept Joe abreast of every detail of my care.

In 2008 we became pregnant for the second time with our daughter Addisyn (Addie).  We were now living in Pennsylvania.  Joe was very concerned for my health and well being, so per his request, my late mother in law came to stay with us in the last month of my pregnancy to help me care for Ryan and keep me off my feet as much as possible.

In 2010 we finally made our way back home to New England and moved to Connecticut.  Joe was working in New York City and rode the train to work everyday at 4 in the morning.  It was extremely important to both of us that I continue to stay home and take care of our young daughters.   This meant we had to make some sacrifices, one of them being becoming a one

car family.  Joe walked to the train station 4-5 miles every morning so as to not leave me and the girls at home without a vehicle.

In 2012 Joe's Dad passed away suddenly from a massive heart attack.  Joe had just been with him that day in Vermont, left him smiling and "healthy".  It was one of the most devastating days of his life.  His dad was his best friend! Joe's immediate thoughts went to his mom.  He asked me right away if she could live with us and said he would be pursing jobs in Massachusetts so we would move home and she would still be surrounded by all her family and friends.
In 2013 my Dad was diagnosed with liver cancer.  Joe wasted no time and immediately after my dad shared his diagnosis he began reaching out to all his contacts at Dana Farber and Mass General Hospital to expedite my Dad's care and ensure he was being treated by the best doctors.  After treatment he was in remission for 2 years.  Unfortunately in 2015 the cancer came back.  He was again receiving treatment and was doing well but one evening on his way home from work the State Police came upon his car in the median and he was unresponsive.  He was transported to a hospital just 10 minutes from our home so after receiving the call from my step mom I jumped in my car and headed to meet him.  Once I got there the doctor took me in the family meeting room to tell me my Dad had passed.  Before the doctor even left the room Joe was standing in the door.

I spent the entire following week in Plymouth (approximately an hour from our home in Dighton) with my brothers, step mom and extended family making the arrangements for his services and such.  Joe took care of absolutely everything at home.  Our daughters had picture day that week and Addie wanted her hair braided a very specific way.  Joe watched YouTube videos the night before to learn how to braid just the was she wanted.  That morning before school she called me to tell me "Dad does the best braids Mom! Even better than you!"

Joe is the ultimate girl Dad.  When our girls were little he would allow them to dress him up, put makeup on his face, style his hair, paint his toe nails, all the "girly" things.  Now that they are older he continues to be the very best Dad.  He is always talking with them about setting goals, getting a good education, being a good friend and just an all around good person.  He has emphasized the importance of standing up for themselves and those who may be less likely or unable to stand up for themselves.  He is a role model not just to our girls but to our nieces. Nephews, cousins and our girls' friends.

In 2020 my mother in law, Joe's mom Brenda was diagnosed with Glioblastoma.  Joe was her health care proxy and was with her at every appointment, during every hospitalization and every treatment.  This was during the height of covid and with the location of her tumor Brenda was not able to communicate very well.  Joe jumped through many hoops but was granted permission to be in every appointment with her at a time when no one but the patient was allowed in the hospitals and doctor's offices.

Brenda had told Joe that she had always dreamed of living on the water.  He asked me how I felt about selling our home and moving to a home on the water for Breanda to live out her final days.  We did just that.  She couldn't communicate very well but she never fell short in expressing how grateful she was to him for taking such great care of her and moving her to this beautiful location.  Unfortunately Brenda passed in December of 2020.

In the fall of 2022 Ryan, Addisyn and I told Joe we were not very happy living where we lived.  It was a 45 minute ride to school and all of their friends. We asked him if he would consider moving back to our home area, closer to school, activities and friends.  He called our realtor that day and began the process of listing our home and searching for one in our desired area.  As it

was his mom's dream to live on the water it was also his and he was very happy there but knowing the girls and I were not happy he didn't hesitate to put our wants and needs before his own.

As you would imagine this is just a few snippets of our 23 years together.  My hope is that you will see my husband is a family man.  The rock of our family, always putting our needs before his own.  This has been a devastating time for our family.  Our daughters come to me multiple times a week and question their Dad's fate.  We look to him for guidance, advice, fun, adventure and so much more. We can't imagine a day, never mind months, birthdays, holidays and milestones without him present.

I thank you for taking the time to read my letter.

Warmest Regards,

Jen Dupont