Fire Chief Christopher J. Maguy
955 Oak Street North Dighton, MA 02764
(508)-726-3882
Cjmfire173@comcast.net


Your Honor,

I write this letter in regards to my friend Mr. Joseph Dupont. I have known Joe since I was in elementary school as we are the same age and were in the same grade level. We went to school together until we graduated high school in 1997. I can remember playing baseball and basketball with him as a child. Joe was always a great competitor and fun to be around.

In our High School years, we grew apart as I took a vocational education path and he took more of a college prep path, even so he would always take time to say hello in passing. Even with our differing educational focuses I still considered Joe a great friend.

Approximately 10 years ago when Joe moved back to Dighton with his family, we were able to reconnect as friends. Since then, our families have become very close. We enjoy many nights hanging out having laughs over dinner or just sitting outside in one of our backyards.  Our conversations are some of my favorites because we can debate anything and still know our friendship is strong.  Joe is a friend that I know I can always count on for anything. He was there for me when my mom was sick and succumbed to cancer. He spent many afternoons working on various construction projects side by side with me even though that kind of work was far from his strong suit.  He supported me and encouraged me when I applied, interviewed and became the Fire Chief of Dighton.  Joe is the type of guy that would give you the shirt off of his back if he knew you were struggling and wouldn't expect a thing in return.  In fact, he gets insulted if you try because "that's what friends are for".  Our families have shared many holidays, birthdays and milestones over the years and I know that we have many memories still to create in our futures. I, along with my wife and kids consider the Duponts family and we will always be there to help them with all of life's hurdles as they have done the same for us.

In my professional career as an officer on the fire department and now as Fire Chief I have worked alongside Joe at many incidents serving in his role as a Reserve Police Officer. Joe was always willing to help out in any person's time of need. He volunteered for many events that took place in town to represent the Police Department with the utmost professionalism. He paid out of his own pocket to have cruisers cleaned and detailed so they would look good for the community at our Touch-a-Truck event. He won a cash prize from a Dighton Fire Association fundraiser and chose to donate the money back to support the department. I know he took this role very seriously and served with pride.

Joe is driven, dedicated, and determined to not only be personally successful but to see success in his friends and family. I have personally watched him take calls, answer emails, and work tirelessly when he is supposed to be on days off.  One example I can give you is developing my own resume and interview skills.  He made sure to take the time to offer advice, discuss different questions and helped me to understand how to best ensure that the committee knew I was the best candidate.

I thank you for your time as I understand you have a difficult task in front of you.  Should you need any further information or to discuss my letter please reach out.

Respectfully,

Christopher J. Maguy