Jennifer Masse

119 Vera Street

Warwick, RI 02886

Re: Joseph Dupont

Your Honor,

    I am writing this letter to let you know a little bit about the Joseph Dupont that I know. I have known Joe for 3 years.  His oldest daughter and my son are best friends. I have had the honor and privilege to get to know him over the years.

    Joseph Dupont is extremely generous with his time, his home, his knowledge and his family. His home is always open. I don't think there has ever been a weekend that his home isn't full. He is always there for all of them and sometimes he is there for their parents as well. He is an amazing family man to not just his biological family but to his chosen family as well. He always makes time to help others whether its with some thing physical like moving or something as simple as teaching them cornhole or with emotional support and advice.

    What I would really like to focus on,  and what really is everything to me, is the relationship he has with my son, Tyler Gallagher.  Tyler's father has made the choice to not be in my son's life, financially or otherwise. He has never had a strong and positive male role model in his life until Joe.  They share an amazing and special friendship that means everything to me and to Tyler. They spend countless hours together, whether it be taking the polar plunge or playing cornhole.  Tyler is almost always included in family vacations.  Usually at the insistence of Joe and not his daughter!  Joseph spends hours talking to my son about life, about his future. I am sure they talk about things he would rather not talk to his mother about. They talk about doing his best in school and working hard in sports to achieve his goals. He guides him and shows him the importance of hard work.  They spend many Saturday nights talking about colleges and Tyler's future in terms of career.  Joe takes him on boat rides, which is not just a way to spend time with him, but he uses that time to talk to Tyler about making good decisions and letting him know that he will always be there for him. He texts my son all the time with words of wisdom or encouragement or support. I don't think a week goes by that they don't spend time together in person or on the phone or texting or playing video games remotely together.

    I believe that he has made and continues to make a positive impact in my sons' life. I will be forever grateful to him and will never be able to repay him for what he has done for Tyler just by being himself.  He makes my son want to be better and I believe losing him would be more difficult than anything my son has experienced. I ask that you consider the effect losing him will have on us, especially Tyler, if he can't continue this very special friendship.

Sincerely,

Jennifer Masse