

**MEMORANDUM ENDORSED**

**BY ECF**

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 5/29/2024

Application granted in part. The conditions of the defendants' supervised release are modified as follows: the defendant may leave the federal judicial district where he resides to travel to and within Rhode Island, New Hampshire and Vermont without first getting permission of the court of the probation officer. Having considered the relevant factors under the statute, the defendant's request to modify the special conditions of his supervised release is denied.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 121.

SO ORDERED.
Dated: May 29, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge

### United States v. Joseph Dupont, 23 Cr. 320 (GHW)

Dear Judge Woods:

    I respectfully submit this letter-motion pursuant to Title 18, United States Code, Section 3563(c) and Federal Rule of Criminal Procedure 32.1(c)(2) for a modification of the conditions of defendant Joseph Dupont's probation in order to allow him to fulfill his employment obligations.

    Mr. Dupont respectfully makes two requests: (1) that the Standard Condition of his three-year term of probation currently prohibiting him from traveling outside his district of residence (the District of Massachusetts) without advance permission from the Court or his probation officer, be modified to allow him also to travel to the nearby states of Rhode Island, New Hampshire, and Vermont without prior authorization for each trip; and (2) that the Special Conditions of his probation requiring him to wear a GPS monitoring bracelet for the first eight months of his probation be modified for the remainder of those eight months to impose a curfew on him, but not to require him to wear a monitoring bracelet. I have conferred with the Government, and the Government consents to request (1), and takes no position with respect to request (2).

**Background**

    Mr. Dupont pleaded guilty on September 15, 2023 to a single count of securities fraud that involved his passing material non-public information about his former employer, Alexion Pharmaceuticals, Inc., to a friend, who traded on the information and passed information to others who also traded. Mr. Dupont did not trade on the information or profit from the conduct of anyone involved. On January 5, 2023, the Court imposed a sentence of probation on Mr. Dupont, in addition to a $75,000 criminal fine. ECF #80. Mr. Dupont has paid his criminal fine.